# United States District Court

SOUTHERN **DISTRICT OF** OHIO

UNITED STATES OF AMERICA
Vs

**CRIMINAL COMPLAINT**

Michael Wolfe
2825 Sunset View Court
Columbus, OH 43207

CASE NUMBER:

M ·2-05 - 265 -K

**I, the undersigned complainant being duly sworn, state the following is true and**

**Correct to the best of my knowledge and belief. On or about** June 22, 2005 **in**

Franklin **County, in the** Southern **District of** Ohio

**defendant(s) did,** (track Statutory Language of Offense)

Forcibly assault, resist, oppose, impede, intimidate, or interfering with a United States Mail Carrier while engaged in or on account of the performance of official duties.

**in violation of Title** 18 **United States Code, Section(s)** [Section 111]

**I further state that I am an** U.S. Postal Inspector **and that this complaint is based On the following facts:**

See attached affidavit.

**Continued on the attached sheet and made a part hereof. ( X ) Yes    (  ) No**

_Michael Nicholson_
**Signature of Complainant**

**Sworn to before me and subscribed in my presence,**

6/24/05
**Date**

Columbus, Ohio
**City and State**

N M KNb U S MAGISTRATE JUDGE
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT

I, Michael Nicholson, being duly sworn, depose and state the following:

1.  I am US Postal Inspector employed by the United States Postal Inspection Service. I have been so employed since October, 2002. I am currently assigned to the Columbus Domicile of the US Postal Inspection Service. My responsibilities include, but are not limited to, investigating threats against or assaults of US Postal Service employees while performing their official duties. I have participated in numerous investigations involving threats against employees by other employees and non-employees. I have also participated in investigations where employees on official duties were assaulted by non-employees or other Postal Service employees.

2.  On July 22, 2005, the US Postal Inspection Service received notification of an assault from a manager of the Westland Station carrier unit in Columbus, OH. The manager reported one the carriers from the station, Amy D., had been assaulted while she was delivering mail on her assigned route.

3.  US Postal Inspectors responded to the scene. Units from the Columbus Division of Police also responded and were at the scene when Inspectors arrived.

4.  I interviewed the victim, Amy D., at the scene and observed blood in her right ear. Amy D. stated Michael Wolfe approached her while she was

delivering mail to the cluster box wall units for the Park View apartment complex. The cluster box units are located near the intersection of Bonaventure and Diamond Loch Drive, Columbus, OH 43228. Amy D. is assigned as the regular mail carrier to Rural Route 17 in zip code 43228. Delivery of mail to the Park View apartment complex is in the scope of her official duties as defined in Title 18, USC 1114.

5. Amy D. stated Michael Wolfe pulled his vehicle in front of the mail delivery vehicle. He exited his vehicle and approached her. Mr. Wolfe asked her if she would go to lunch. She told him to "go away" and proceeded to the rear of her mail delivery vehicle. While she was at the rear of the mail delivery vehicle, Michael Wolfe shoved her. He then kicked a tray of mail Amy D. had placed on the ground in front of the cluster box units causing the mail to scatter. Amy D. then proceeded to begin collecting the scattered mail.

6. While she was collecting the mail, Michael Wolfe went to the front of the mail delivery vehicle and reached in it in an attempt to steal Amy D.'s purse. Amy D. then struggled with Michael Wolfe and was successful in retrieving her purse from him. Amy D. stated that during the struggle, Michael Wolfe placed her in a "head lock," which subsequently caused injury to her right ear. Amy D. also stated Michael Wolfe spit on her and threw a cup of water on her. Amy D. reported a witness, Jane Doe 1, told Mr. Wolfe to leave her

(Amy D) alone.  Mr. Wolfe then cursed at Jane Doe 1 and departed the scene after learning the police had been called.

7.  After completing the interview with Amy D., I interviewed Jane Doe 1.  Jane Doe 1 reported she witnessed an individual "hit" the mail carrier.  She stated the incident occurred at approximately 12:45pm.  Jane Doe 1 reported the individual who hit the mail carrier cursed at her.  Jane Doe 1 called the police.  Another witness, Jane Doe 2, reported she witnessed the individual "pick up" mail before he returned to his vehicle and departed the scene.

8.  I then interviewed another witness, Jane Doe 3.  She reported at approximately 1:15pm she was at the pool located at the apartment complex when she heard yelling.  She stated she "got up" because her small child was getting her mail.  She observed a white male yelling at the mail carrier.  A review of Ohio Bureau of Motor Vehicle images disclosed that Michael Wolfe is a white male.  She observed this same individual get into his vehicle with a "handful" of mail and leave the area.

9.  I then interviewed John Doe 1.  He stated that around 1:00pm the individual who "attacked" the mail carrier grabbed a "handful of mail" out of the US Post Office white tub and got in his vehicle, with the mail, and drove away.

10. Based on the above information, I have probable cause to believe that on June 22, 2005 Michael Wolfe did assault a United States Mail Carrier in the

performance of her official duties in violation of Title 18 USC 111,

Assaulting, resisting, or impeding certain officers or employees and did steal

United States Mail from a United States Mail Carrier in violation of Title 18

USC 1708, Theft or receipt of stolen mail matter generally.


Michael Nicholson
US Postal Inspector


Sworn to and subscribed before me
this ____ day of _____ , at
Columbus, Ohio.

_____
U.S. Magistrate Judge